# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff* | § § § | |
| **VS** | § § | **Case No.  MO-19-CR-00150-DC** |
| **(1) EDDIE VILLA**<br>*Defendant* | § § § § | |

## ORDER REVOKING SUPERVISED RELEASE and RESENTENCING OF DEFENDANT

On August 6, 2025, came on to be heard the Petition for Revocation of Supervised Release granted by virtue of Judgment entered on September 9, 2020, in the above numbered and styled cause.

Defendant appeared in person and was represented by attorney of record, Lane Andrew Haygood.  The United States was represented by Assistant United States Attorney, Patrick Sloane.

After reviewing the petition and the records in this case as well as hearing testimony and arguments of counsel, the Court is of the opinion that said Defendant has violated the provisions of his Supervised Release and that the ends of justice and the best interests of the public and of the Defendant will not be subserved by continuing said Defendant on Supervised Release.  Further, the Court is of the opinion that the Petition for Revocation of Supervised Release should be, and it is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that the term of Supervised Release of Defendant named above granted by the Judgment entered on September 9, 2020, and it is hereby **REVOKED** and **SET ASIDE** and the Defendant is resentenced as follows:

**The Defendant, EDDIE VILLA, is hereby committed to the custody of the United States Bureau of Prisons for a term of Twelve (12) months.  A term of Two (2) years Supervised Release is imposed with all Mandatory and Standard Conditions approved for the Western District of Texas and all conditions previously imposed and not yet completed, in addition to the following special conditions:**

The defendant shall participate in an in-patient substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant shall pay the costs of such treatment if financially able.

**The Clerk will provide the United States Marshal Service with a copy of this Order and a copy of the Judgment entered on September 9, 2020, to serve as the commitment of the Defendant.**

**SIGNED** this 6th day of August, 2025.

**David Counts**
United States District Judge