UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: MO:19-CR-00150(1)-DC |
| | § | |
| (1) EDDIE VILLA | § | |

**ORDER SETTING FINAL REVOCATION HEARING**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **FINAL REVOCATION HEARING,** in the Courtroom 3, 200 E. Wall, Midland, TX , on **August 27, 2026 at 02:00 PM.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services Office, U.S. Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 31st day of July, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE